UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNATHAN BARNETT, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-cv-00841-CDP |
| ST. LOUIS CITY JUSTICE CENTER, et al. | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the motion of non-party City of St. Louis for an extension of time to respond to the waiver of service request sent by the Court on August 27, 2018, for defendant Breana Ems. The City of St. Louis requests an extension of fourteen days for the Law Department to determine whether it will represent defendant Ems, whether it can waive service for her, and to respond to the Court's request for waiver. Good cause being show, the motion to extend time to respond to the waiver of service request will be granted, and the City of St. Louis will be given fourteen days from the day of this order in which to respond.

Accordingly,

**IT IS HEREBY ORDERED** that non-party City of St. Louis's Motion for Extension of Time to Respond to Waiver of Service Request (Docket No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the City of St. Louis shall have **fourteen (14) days** from the date of this order in which to file a response to the waiver of service request.

Dated this 1st day of November, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE