# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHNATHAN BARNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00841-CDP |
| | ) | |
| ST. LOUIS CITY JUSTICE CENTER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the second motion of non-party City of St. Louis for an extension of time to respond to the waiver of service request sent by the Court on August 27, 2018, for defendant Breana Ems. The City of St. Louis requests an additional extension of time up to November 27, 2018, in order for the Law Department to communicate with defendant Ems and receive her permission to waive service. The City of State Louis notes that communication with defendant Ems has been delayed because she works second shift, and because counsel has been in a jury trial. Good cause being show, the second motion to extend time to respond to the waiver of service request will be granted, and the City of St. Louis will be given fourteen days from the date of this order in which to respond.

Accordingly,

**IT IS HEREBY ORDERED** that non-party City of St. Louis's Second Motion for Extension of Time to Respond to Waiver of Service Request (Docket No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the City of St. Louis shall have **fourteen (14) days** from the date of this order in which to file a response to the waiver of service request.

Dated this 15th day of November, 2018

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE